RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 09 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| MARIAM SMALLS-MILLER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TELAMON TECHNOLOGIES ) <br> CORPORATION ) <br> ) <br> Defendant. ) | Civil Action File <br> No. 1:11-CV-03028-JEC |

## ORDER ON JOINT MOTION FOR LEAVE TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL

This matter is before the Court on the parties' Joint Motion for Leave to File Confidential Settlement Agreement Under Seal. Being duly advised, the Court now **GRANTS** the parties' Motion and **ORDERS** the parties to file their Confidential Settlement Agreement with the Court, under seal.

SO ORDERED this __13th__ day of __MARCH__, 2012.

/s/ Julie E. Carnes
Judge, U.S. District Court
Northern District of Georgia
Atlanta Division