# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARIAM SMALLS-MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action File |
| | ) No. 1:11-CV-03028-JEC |
| | ) |
| TELAMON TECHNOLOGIES | ) |
| CORPORATION | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties' Joint Motion for Approval of Settlement and Entry of Stipulated Judgment Dismissing Case is before the Court. Plaintiff's Complaint alleges violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* and thus the Court is required to review the proposed settlement to ensure that it is fair and reasonable. Based on a review of the record in the case and the assertions of the parties in the Joint Motion, the Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute. The Court, pursuant to the Fair Labor Standards Act, 29 U.S.C. §216, thus hereby approves the parties' proposed settlement of Plaintiff's claims for alleged unpaid overtime compensation, liquidated damages and attorneys' fees.

IT IS, THEREFORE, ORDERED that the Joint Motion is GRANTED and this cause is hereby dismissed, with prejudice, each party to bear its own costs, attorneys' fees and expenses.

DATED: 3/13/12

/s/ Julie E. Carnes
JUDGE, United Stated District Court
Northern District of Georgia, Atlanta Division

Distribution:

Amanda A. Farahany
BARRETT & FARAHANY, LLP
1100 Peachtree Street
Atlanta, GA 30309
amanda@bf-llp.com

John T.L. Koenig
BARNES & THORNBURG LLP
Prominence in Buckhead, Suite 1700
3475 Piedmont Road, N.E.
Atlanta, GA  30305
John.Koenig@btlaw.com

INDS02 1208090v1